UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHADOW HAWK MALLAN,

Defendant.

26CR104 JRT/ECW

**INDICTMENT**

18 U.S.C. § 875(d)
18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2252(b)(1)
18 U.S.C. § 2252(b)(2)
18 U.S.C. § 2253(b)
18 U.S.C. § 2260A
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Production of Child Pornography)

Between on or about November 25, 2024, and July 16, 2025, in the State

and District of Minnesota, the defendant,

**SHADOW HAWK MALLAN,**

having been previously convicted under the laws of the State of Minnesota

relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct

involving a minor or ward, namely a conviction for solicitation of a child to

engage in sexual conduct on November 6, 2020, in Mower County, Minnesota,

did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim



SCANNED

MAY 20 2026

U.S. DISTRICT COURT MPLS

*United States v. Mallan*

1, a 13-year-old female, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including a video with the file name "chat~media_v4~2025-07-04-02-52-51UTC~ ~ps4programer420~unsaved~b~EiASFUxaTHfhYURIZnFCb UZxZWUwbm9pbzIBUkgCUARgAQ~v4.mp4" that depicts Minor Victim 1 masturbating with a blue sex toy, where such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNT 2
### (Production of Child Pornography)

Between on or about October 29, 2024, and February 5, 2025, in the State and District of Minnesota, the defendant,

**SHADOW HAWK MALLAN,**

having been previously convicted under the laws of the State of Minnesota relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, namely a conviction for solicitation of a child to engage in sexual conduct on November 6, 2020 in Mower County, Minnesota, did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 2, a 14-year-old female, to engage in sexually explicit conduct for the purpose

2

of producing a visual depiction of such conduct, including a recorded live video with the file name "XRecorder_06112024_212100.mp4" that depicts Minor Victim 2 masturbating according to the defendant's instructions, where such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNT 3
### (Production of Child Pornography)

Between on or about July 7, 2025, and August 12, 2025, in the State and District of Minnesota, the defendant,

**SHADOW HAWK MALLAN,**

having been previously convicted under the laws of the State of Minnesota relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, namely a conviction for solicitation of a child to engage in sexual conduct on November 6, 2020 in Mower County, Minnesota, did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim 3, a 13-year-old female, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including a recorded live video with the file name "XRecorder_20250707_03.mp4" that depicts Minor Victim 3 masturbating according to the defendant's instructions, where such visual

depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 4
### (Interstate Communications with Intent to Extort)

From at least November 25, 2024, to July 16, 2025, in the State and District of Minnesota, the defendant,

**SHADOW HAWK MALLAN,**

did knowingly transmit in interstate and foreign commerce from his residence in the State of Minnesota, with intent to extort from Minor Victims 1 and 2, as well as other minors, money and other things of value, a communication containing a threat to damage the reputation of Minor Victims 1 and 2 and others by sending their nude photos and videos to their friends and family members, all in violation of Title 18, United States Code, Section 875(d).

## COUNT 5
### (Receiving Child Pornography)

Between at least on or about October 29, 2024, and continuing until at least on or about August 12, 2025, in the State and District of Minnesota, the defendant,

**SHADOW HAWK MALLAN,**

4

having been previously convicted under the laws of the State of Minnesota relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, namely a conviction for solicitation of a child to engage in sexual conduct on November 6, 2020 in Mower County, Minnesota, did knowingly receive and attempt to receive visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, including, but not limited to, the files described in Counts 1 through 3, all in violation of Title 18, United States Code, Section 2252(a)(2) and Title 18, United States Code, Section 2252(b)(1).

## COUNT 6
### (Possession of Child Pornography)

On or about December 9, 2025, in the State and District of Minnesota, the defendant,

**SHADOW HAWK MALLAN,**

having been previously convicted under the laws of the State of Minnesota relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, namely a conviction for solicitation of a child to engage in sexual conduct on November 6, 2020 in Mower County, Minnesota,

*United States v. Mallan*

did knowingly possess one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including, but not limited to, the files described in Counts 1 through 3, all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and Title 18, United States Code, Section 2252(b)(2).

## <u>COUNT 7</u>
### (Commission of a Felony Offense Involving a Minor when Required to Register as a Sex Offender)

Beginning on or about November 25, 2024, and at all times relevant to this Indictment, in the State and District of Minnesota, the defendant,

**SHADOW HAWK MALLAN,**

being required under the laws of the State of Minnesota to register as a sex offender, did commit a felony offense involving a minor, namely the felony offenses alleged in Counts 1 through 3, all in violation of Title 18, United States Code, Section 2260A.

6

*United States v. Mallan*

## FORFEITURE ALLEGATIONS

If convicted of Counts 1 through 7 of the Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

1. Any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

The property subject to forfeiture includes, but is not limited to:

1. Android phone in red/black case;

2. Android phone in clear case;

3. Android phone in black case;

4. Lenovo laptop computer, serial number R9-N5N2Y;

5. HGST hard drive, serial number 140804TE85A35G1LRL2N;

6. Western Digital blue drive, serial number WX31A14P6611; and

7. HGST hard drive, serial number 151008RB250A1C3WGBKJ.

Upon conviction of the offenses alleged in Counts 1 through 7 of this Indictment, the defendant shall forfeit to the United States pursuant to Title

7

*United States v. Mallan*

18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____

UNITED STATES ATTORNEY          FOREPERSON